UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PRIMORSK SHIPPING CORPORATION

                      Plaintiff,

-v-


RINEX NAFTA LTD and RINEX ENERGY (UK),

                      Defendants.
------------------------------------------------------------------x

08 CV

**STATEMENT PURSUANT TO F.R.C.P 7.1**


Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PRIMORSK SHIPPING CORPORATION, certifies that PRIMORSK SHIPPING CORPORATION is publicly traded on the Moscow Interbank Currency Exchange (ticker symbol: PRIM).

Dated: Port Washington, New York
       May 14, 2008

                                    CHALOS, O'CONNOR & DUFFY, L.L.P.
                                    Attorneys for Plaintiff
                                    PRIMORSK SHIPPING CORPORATION

By: _____
                                    George M. Chalos (GC-8693)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel: (516) 767-3600
                                    Fax: (516) 767-3605
                                    Email: gmc@codus-law.com