**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
**PRIMORSK SHIPPING CORPORATION**

                                                               **08 CV 4516(VM)**

            *Plaintiff*,

**v.**

**RINEX NAFTA LTD., and**
**RINEX ENERGY (UK)**

            *Defendant*.
------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, PRIMORSK SHIPPING CORPORATION, formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

                Chalos & Co, P.C.
                123 South Street
                Oyster Bay, NY 11771
                Tel:  + 1 516 714 4300
                Fax:  +1 866 702 4577
                Email:  gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York        Respectfully submitted,
       June 19, 2008

                                           s/George M. Chalos
                                           CHALOS & CO, P.C.
                                           123 South Street
                                           Oyster Bay, NY 11771
                                           Ph:     516-714 4300
                                           Fax:    866-702-4577
                                           Email: gmc@chaloslaw.com