# CHALOS & CO.

GEORGE M. CHALOS

gmc@chaloslaw.com

Dir Line: + 1 516 714 3040
Mobile: + 1 516 721 4076

*International Law Firm & Counselors At Law*
123 SOUTH STREET
OYSTER BAY, NEW YORK 11771
Phone: + 1 516 714 4300
Fax: + 1 866 702 4577

www.chaloslaw.com

A PROFESSIONAL
CORPORATION

ASSOCIATED OFFICES:
Piraeus

July 28, 2008

*Via Telefax (212) 805 6382*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08
```

United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007-1312

Attn:   Honorable Victor Marrero

Re:   Primorsk Shipping Corporation v. Rinex Nafta Ltd., and Rinex Energy (UK)
       08 CV 4516 (VM)
       Chalos & Co Ref: 2015.002

**Request for Sixty (60) Day Adjournment of Initial Pre-Trial Conference**

Dear Judge Marrero:

    We are attorneys for the Plaintiff, Primorsk Shipping Corporation, in the above-captioned matter and write to respectfully request a sixty-day (60) adjournment of the upcoming Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Friday August 1, 2008 at 3:15 p.m. This is a maritime Rule B attachment matter. As of the time of this writing, Defendant has not appeared in the instant litigation; nor has Plaintiff attached any funds belonging to Defendant, as per the Order of Maritime Attachment and Garnishment issued by Your Honor on May 15, 2008.

    Accordingly, under the circumstances, Plaintiff respectfully requests a sixty (60) day adjournment of the initial Pre-Trial conference. This is the first request for an adjournment made by the Plaintiff.

    In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS & CO., P.C.

George M. Chalos

*[Handwritten endorsement:]* Request GRANTED. The Writ of Maritime Attachment authorized in this action shall be extended for an additional 90 days. Plaintiff is directed to provide the Court with an updated status report within 60 days of this Order. The initial conference scheduled for 8-1-08 is cancelled.

**SO ORDERED:**
7-28-08
DATE    VICTOR MARRERO, U.S.D.J.